FILED
September 16, 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ mortiz _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br> RYAN JAMES THORNTON,  )  <br>  )  <br> Defendant.  )  <br>  ) | CRIMINAL NO.  W19-781M <br> **INFORMATION** <br> [Count One: 18 U.S.C. §§ 7(3), 13 and T.P.C. §§ 49.04(a) and (d) – Driving While Intoxicated (BAC ≥ 0.15) <br> Count Two: 50 U.S.C. § 797(a)(1) – Violation of Security Regulations and Orders] |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. §§ 7(3), 13 and T.P.C. §§ 49.04(a) and (d)]

On or about August 2, 2019, at the Fort Hood Military Reservation, Waco Division, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

RYAN JAMES THORNTON,

did operate a motor vehicle in a public place while intoxicated and at the time of testing had a blood alcohol level above 0.15, in violation of Title 18, United States Code, Sections 7(3),13 and Sections 49.04(a) and (d) of the Texas Penal Code.

COUNT TWO
[50 U.S.C. § 797(a)(1)]

On or about August 2, 2019, at the Fort Hood Military Reservation, Western District of Texas, the Defendant,

RYAN JAMES THORNTON,

did, within the jurisdiction of the United States, willfully violate a defense property security regulation or order, to wit: Department of Defense Manual 5200.08 Volume 3, in violation of Title 50, United States Code, Section 797(a)(1).

JOHN F. BASH
United States Attorney

By: _____
KIAHHN' L. JACKSON
Special Assistant U.S. Attorney