CRAIG W. CARLSON †
STEVEN N. WALDEN +**
JARED STENBERG 1971–2010
EDNA G. ELIZONDO
VICKI L. CARLSON
MICHAEL G. ERSKINE
JULIE L. PESCHEL
L. TODD KELLY ¥*
NATHAN P. KENNEDY Ω
KATHRYN L. KNOTTS
STEPHEN S. DUMMITT
DOMINIC M.V. BRAUS
JAIME M. LYNN
SAVANNAH STROUD
ROBERTO FLORES
JOSHUA CROWLEY
CYNTHIA NEVAREZ DE SANTIAGO
JOSEPH CRAVEN
JOHN T. MCNEFF
MARC-ANTHONY P. HANNA
TIMOTHY ROEHRS
J.T. BORAH
JODY LEAKE
RYAN LUNA
CASSANDRA GIBSON
LUIS MUNOZ ᴨ
ALEXANDER MCSWAIN
ROBBYE KELLY
RUSSELL SHRAUNER
NICHOLAS MERZ
CHERYL POWELL
VERNON ELKINS
JOHAN HOLTER
JACOB MANCHA
PHILIP KOELSCH
CLAUDIA POLENDO

**OF COUNSEL**
BRANTLEY WHITE
JOHN FABRY ∞
S. REED MORGAN*

**OFFICE LOCATIONS**
AUSTIN
BRYAN/COLLEGE STATION
CORPUS CHRISTI
KILLEEN
LAREDO
LUBBOCK
ROUND ROCK
SAN ANTONIO
TEMPLE
WACO

*BOARD CERTIFIED PERSONAL INJURY TRIAL LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

**BOARD CERTIFIED FAMILY LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

LICENSED IN
† TEXAS & NEBRASKA
+ TEXAS & GEORGIA
ᴨ TEXAS & NEW YORK
Ω TEXAS & COLORADO
¥ TEXAS, OKLAHOMA, VIRGINIA & PENNSYLVANIA
∞ TEXAS & SOUTH CAROLINA

ALL OTHER ATTORNEYS LICENSED IN TEXAS

**The Carlson Law Firm**
ATTORNEYS AND COUNSELORS AT LAW

100 E. CENTRAL TEXAS EXPY
KILLEEN, TEXAS 76541
P: (254) 526-5688 | F: (254) 526-8204

FILED
September 20, 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ mortiz _____
DEPUTY

September 19, 2019

*Sent via Email at Michelle_Ortiz@txwd.uscourts.gov*                                    **W19-781M**

Clerk of the United States
District Court, Fort Hood
P.O. Box 5507
Fort Hood, Texas 76544

**RE:**   **United States   vs.   Ryan James Thornton**
          **Charge:**                **DWI, Criminal Trespass**
          **DOB:**                   **09/21/1996**

Dear Michelle:

This is to confirm that the undersigned represents Mr. Thornton on all charges now pending before the United States District Court, at Fort Hood, Texas. Please include me on all correspondence and pleadings in this matter.

Please do not hesitate to contact me with any questions. If I am unavailable, please contact my legal assistant, Laura Coates.

                                                                Sincerely,

                                                                *Steven N. Walden*

                                                                Steven N. Walden
                                                                Attorney at Law

SNW/lcc